EARLE PUGSLEY v. GLENS FALLS INSURANCE COMPANY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

FRANK MATUSZ and Another v. F. M. WEISS & Co., INC.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SAMUEL C. NESSLER v. JOSEPH GREER, INC.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HILLEL SIGAL, Suing, etc., v. HENTZ ESTATE, INC., and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

WILSON & COMPANY, INC., v. BANQUE FRANCAISE DU MEXIQUE.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of MICHAEL BUCKEN, etc. (EMANUEL A. BUSCH).— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MORRIS PILZ v. BENJAMIN BRETTLER.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. DAVID SANDERS.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. HARRY FISCHMAN.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

FLORENCE BOYD O'DAY v. JAMES A. O'DAY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

BERNARD McSWEENEY, an Infant, etc., v. UNION RAILWAY COMPANY OF NEW YORK CITY.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JOHN DUNLAP v. STAR COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Third Intermediate Judicial Settlement of the Account of CHARLES P. HIDDEN, as Committee of the Property and Estate of HENRIETTA GARDNER CATTAPANI, an Incompetent Person.— Motion is granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MARGARET HASLUP STRAUB v. WALTER MORRIS STRAUB.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MEYER NAIMAN and Another v. BENNY SCHARFER.— Motion granted, with leave to respondents to move to vacate if record on appeal herein be not promptly filed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MEYER NAIMAN and Another v. BENNY SCHARFER.— Motion granted, with leave to respondents to move to vacate if record on appeal herein be not promptly filed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.